# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:10-cv-01464-AT
## T-Mobile South, LLC v. City of Roswell, Georgia
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 04/26/2023.

TIME COURT COMMENCED: 01:55 P.M.
TIME COURT CONCLUDED: 02:30 P.M.      COURT REPORTER: Shannon Welch
TIME IN COURT: 00:35                   DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Richard Carothers representing City of Roswell, Georgia<br>Angela Couch representing City of Roswell, Georgia<br>Scott Taylor representing T-Mobile South, LLC<br>Thomas Thompson representing T-Mobile South, LLC |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | See Transcript. |
| HEARING STATUS: | Hearing Concluded |